**Order entered January 17, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-01407-CR
No. 05-13-01408-CR

**ROBERT JOSEPH MANGIAFICO, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80747-2011**

## ORDER

This Court **GRANTS** the Collin County District Clerk's January 15, 2014 motion for extension of time to file the clerk's record.

We **ORDER** the Collin County District Clerk to file the clerk's record within **THIRTY (30) DAYS** from the date of this order.

We **ORDER** Karla Kimbrell, official court reporter for the 380th Judicial District Court, to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     DAVID EVANS
         JUSTICE